

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2023 JUL 20 PM 12: 18

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 2:23-cr-78-1
)
BRADLEY SALDI )
Defendant. )

## INDICTMENT

The Grand Jury charges:

### Count One

On or about May 15, 2023, in the District of Vermont, the defendant BRADLEY SALDI, knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

1

## Count Two

On or about May 15, 2023, in the District of Vermont, the defendant BRADLEY SALDI, knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Three

On or about May 16, 2023, in the District of Vermont, the defendant BRADLEY SALDI, knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Four

On or about June 12, 2023, in the District of Vermont, the defendant BRADLEY SALDI, knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

Count Five

On or about June 14, 2023, in the District of Vermont, the defendant BRADLEY SALDI, knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

REDACTED

NIKOLAS P. KEREST (JAO/JMT)
United States Attorney
Rutland, Vermont
July 20, 2023