# UNITED STATES DISTRICT COURT
for the
District of Vermont ▼

2023 AUG -4 AM 11: 07

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Two Cellular Telephones and Two Electronic Recording Devices

Case No. 2:23-cr-78-cr

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a) & 846 | Distribution and Conspiracy to Distribute a Controlled Substance |

The application is based on these facts:

See attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Jason Johnson
*Applicant's signature*

Jason Johnson, TFO, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
FaceTime *(specify reliable electronic means)*.

Date: 08/04/2023

*Judge's signature*

City and state: Burlington, VT

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*