## ATTACHMENT A

### Items to be Searched

1) *Subject Device #1*: A Samsung cellular phone, black in color with a red outer case, IMEI: 3519666241000142, found on the floor of room 18 and believed to be the primary phone of Bradley SALDI, currently in the custody of the Vermont State Police in Rutland, Vermont, and identified as item # 4 (case number 23H2000293), depicted in the photograph below:



2) Subject Device #2: A TLC 30Z Tracfone cellular phone, black in color, IMEI 01605300719996, found between the box spring and mattress in room 18 and believed to belong to SALDI, currently in the custody of the Vermont State Police in Rutland, Vermont, and identified as item #6 (case number 23H2000293 depicted in the photograph below,



3) Subject Device #3: A Evistr digital recorder, primarily black in color, found between the mattress and box spring in room 18., believed to belong to SALDI, currently in the custody of the Vermont State Police in Rutland, Vermont, and identified as item #7 (case number 23H2000293), depicted in the photograph below,



4) Subject Device #4: A digital recorder hidden in a pen found between the mattress and box spring in room 18, believed to belong to SALDI, currently in the custody of the Vermont State Police in Rutland, Vermont, and identified as item #9 (case number 23H2000293), depicted in the photograph below.





This warrant authorizes the physical and forensic examination of the subject devices for the purpose of identifying the electronically stored information described in Attachment B.