## ATTACHMENT B

### Items/Data to be Seized by Law Enforcement

1. All records on the Subject Devices described in Attachment A that relate to Bradley SALDI, among others known and unknown, for violations of 21 U.S.C. § 841(a) and 846, including:

   a. Evidence indicating how and when the Subject Devices and associated cellular service were used to determine the chronological context of cellular device use, account access, and events relating to the crime under investigation;

   b. Evidence indicating the geographic location of the Subject Devices at times relevant to the investigation from May 15 to July 6, 2023;

   c. Lists of drug customers, suppliers, and related identifying information;

   d. Types, amounts, and prices of drugs purchased and/or trafficked as well as dates, places, and amounts of specific transactions;

   e. Any information related to sources of drugs (including names, addresses, phone numbers, email addresses, or any other identifying information);

   f. Communications related to drug trafficking including e-mails, instant messages, chat logs, correspondence attached to e-mails (or drafts), calendar entries, contact lists, and text messages;

   g. Any information recording schedules or travel from May 15 to July 6, 2023;

   h. All bank records, checks, credit card bills, account information, and other financial records;

   i. Records related to any premises where any coconspirators have resided, or stored, used, and distributed controlled substances.

2. Evidence of user attribution showing who used or owned the Subject Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history; and

3. Records evidencing the use of the Subject Devices to access the internet, including:

      a.     records of internet Protocol addresses used; and

      b.     records of internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms above including "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means in which they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.