# NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                 Case No. 2:23-cr-078

Bradley Saldi

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Thursday, October 26, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Change of Plea Hearing.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk<br>By: **/s/ Jennifer B. Ruddy**<br>Deputy Clerk<br>10/24/2023 |

TO:

Jason M. Turner, AUSA
Jonathan Ophardt, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter