UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| IN THE MATTER OF THE SEARCH OF | ) |
| THE RESIDENTIAL PROPERTY LOCATED | ) |
| AT 203 N. MAIN STREET, ROOM | ) |
| #18, RUTLAND CITY, VERMONT | ) |
|  | ) |
| IN THE MATTER OF THE SEARCH OF | ) |
| THE RESIDENTIAL PROPERTY LOCATED | ) |
| AT 203 N. MAIN STREET, ROOM | ) |
| #20, RUTLAND CITY, VERMONT | ) |
|  | ) | Case No. 2:23-mj-77 |
| IN THE MATTER OF THE SEARCH OF | ) | 2:23-cr-78 |
| THE RESIDENTIAL PROPERTY LOCATED | ) |
| AT 203 N. MAIN STREET, ROOM | ) |
| #23, RUTLAND CITY, VERMONT | ) |
|  | ) |
| IN THE MATTER OF THE SEARCH OF | ) |
| THE BLACK NISSAN PICKUP TRUCK | ) |
| WITH REGISTRATION HEE877 LOCATED | ) |
| AT 203 N. MAIN STREET, RUTLAND | ) |
| CITY, VERMONT | ) |

## ORDER

This matter having been presented to the Court by the Government, and the Court having considered the motion, the Court finds that continued sealing of portions of the Affidavit presented in support of the Applications for the four above style warrants is necessary to protect the integrity of an ongoing investigation. The Court finds that, at this time, those interests substantially outweigh the public interest in right of access and the unredacted version of the affidavit supporting those Applications will remain under seal.

The Court also finds that the redacted version of the Affidavit and its Attachments, the Application for a Search Warrant for the residential property located at 203 N. Main Street, Room #18, Rutland City, Vermont and its Attachments (Doc. No. 1), the resulting warrant and its

Attachments from that application, the Application for a Search Warrant for the residential property located at 203 N. Main Street, Room #20, Rutland City, Vermont and its Attachments (Doc. No. 5), the resulting warrant and its Attachments from that application, the Application for a Search Warrant for the residential property located at 203 N. Main Street, Room #23, Rutland City, Vermont and its Attachments (Doc. No. 9), the resulting warrant and its Attachments from that application, the Application for a Search Warrant for the Black Nissan Pickup Truck with Vermont Registration HEE877 located at 203 N. Main Street, Rutland City, Vermont and its Attachments (Doc. No. 13), and the resulting warrant and its Attachments from that application, should be unsealed.

Dated at Burlington, in the District of Vermont, this 28th day of November, 2023.

HONORABLE CHRISTINA REISS
United States District Judge