REVISED NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                        Case No. 2:23-cr-078

Bradley Saldi

TAKE NOTICE that the above-entitled case has been rescheduled at 10:00 a.m. on Monday, May 13, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Sentencing.

Location: Courtroom 510                       JEFFREY S. EATON, Clerk
*RESCHEDULED FROM 4/1/2024 at 10:00 a.m.*       By: */s/ Jennifer B. Ruddy*
                                                                             Deputy Clerk
                                                                               1/2/2024

TO:

Jonathan Ophardt, AUSA
Jason Turner, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter